LOCAL 257 OF HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION, Roberta Bonniwell, Dennis R. Hisel, Gordon Deane, Elizabeth Hough, David Knipfel, and all others similarly situated, Plaintiffs-Respondents,

v.

WILSON STREET EAST DINNER PLAYHOUSE, INC., F. Richard Schnackenberg, M. Seth Reines, and other unnamed shareholders of Wilson Street East Dinner Playhouse, Inc., Defendants-Appellants.

Supreme Court

*No. 84–967. Argued October 28, 1985.— Decided November 12, 1985.*

(Also reported in 375 N.W.2d 664.)

For the defendants-appellants there were briefs by *Denis P. Bartell, Beverly L. Reding, Amanda J. Kaiser* and *Ross & Stevens, S.C.,* Madison, and oral argument by *Kim Grimmer,* Madison.

For the plaintiffs-respondents there was a brief by *Bruce M. Davey* and *Lawton & Cates,* Madison, and oral argument by *Mr. Davey.*

PER CURIAM. The court is equally divided on the question of whether to affirm or reverse the judgment of the circuit court for Dane county. Chief Justice Heffernan, Justice Abrahamson, and Justice Bablitch

would affirm; Justice Callow, Justice Steinmetz, and Justice Ceci would reverse. Justice Day did not participate.

Accordingly, the judgment of the circuit court is affirmed.